Query   Reports   Utilities   Help   What's New   Log Out

HABEAS,IFP,PROSE

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:22-cv-00766-EK

| | |
|---|---|
| Schulte v. Warden, Metropolitan Detention Center (MDC) | Date Filed: 02/07/2022 |
| Assigned to: Judge Eric R. Komitee | Jury Demand: None |
| other Case: 1:22-cv-05841-EK-RML | Nature of Suit: 530 Habeas Corpus (General) |
| related Cases: 1:23-cv-04855-EK | Jurisdiction: U.S. Government Defendant |
| 1:23-cv-05988-EK | |
| 1:23-cv-05241-EK-RML | |
| Cause: 28:2241 Petition for Writ of Habeas Corpus (federa | |

**Petitioner**

**Joshua Adam Schulte**     represented by   **Joshua Adam Schulte**
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232
PRO SE

V.

**Respondent**

**Warden, Metropolitan Detention Center (MDC)**     represented by   **David Allen Cooper**
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East, 7th Floor
Brooklyn, NY 11201
718-254-6228
Email: david.cooper4@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/07/2022 | 1 | PETITION for Writ of Habeas Corpus , filed by Joshua Adam Schulte. (Attachments: # 1 Civil Cover Sheet) (Davis, Kimberly) (Entered: 02/15/2022) |
| 02/07/2022 | 2 | MOTION for Leave to Proceed in forma pauperis by Joshua Adam Schulte. (Davis, Kimberly) (Entered: 02/15/2022) |
| 02/15/2022 | 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States |

| | | |
|---|---|---|
| | | magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent <u>unless</u> all parties have signed the consent.** (Davis, Kimberly) (Entered: 02/15/2022) |
| 02/16/2022 | | ORDER TO SHOW CAUSE and Electronic Service upon the US Attorneys Office re 1 Petition for Writ of Habeas Corpus filed by Joshua Adam Schulte -- Petitioner has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. The Petitioner is granted leave to proceed *in forma pauperis*. Respondent shall Show Cause before this Court why a Writ of Habeas Corpus should not be issued. No later than March 18, 2022, Respondent shall serve and file a return. The Petitioner, within thirty (30) days of receipt of a copy of the return, shall file his reply, if any. Service of this Order to Show Cause shall be made by the Clerk of this Court by forwarding a copy of this Order, together with a copy of the Petition, to the United States Attorney for the Eastern District of New York and by mailing a copy of this Order to the Petitioner. Ordered by Judge Eric R. Komitee on 2/16/2022. *c/m*. (Guy, Alicia) (Entered: 02/16/2022) |
| 03/09/2022 | 4 | NOTICE of Appearance by David Allen Cooper on behalf of Warden, Metropolitan Detention Center (MDC) (aty to be noticed) (Cooper, David) (Entered: 03/09/2022) |
| 03/16/2022 | 5 | Letter MOTION for Extension of Time to File Response/Reply as to Order on Motion for Leave to Proceed in forma pauperis,,,, Order to Show Cause (Federal),,, by Warden, Metropolitan Detention Center (MDC). (Cooper, David) (Entered: 03/16/2022) |
| 03/21/2022 | | ORDER granting 5 Motion for Extension of Time to File Response/Reply -- The application is granted. Respondent's time to serve and file a return is extended to March 25, 2022. Ordered by Judge Eric R. Komitee on 3/21/2022. *c/m*. (Guy, Alicia) (Entered: 03/21/2022) |
| 03/25/2022 | 6 | RESPONSE TO ORDER TO SHOW CAUSE by Warden, Metropolitan Detention Center (MDC) (Attachments: # 1 Declaration of John Wallace, # 2 Exhibit A (PR15), # 3 Exhibit B (PP37), # 4 Exhibit C (PR15-Date-Range), # 5 Exhibit D (Rejection Codes)) (Cooper, David) (Entered: 03/25/2022) |
| 03/25/2022 | 7 | CERTIFICATE OF SERVICE by Warden, Metropolitan Detention Center (MDC) re 6 Response to Order to Show Cause, (Cooper, David) (Entered: 03/25/2022) |
| 03/29/2022 | 8 | NOTICE by Warden, Metropolitan Detention Center (MDC) re 6 Response to Order to Show Cause, *of Statement of Compliance with Local Civil Rule 7.2* (Cooper, David) (Entered: 03/29/2022) |
| 04/29/2022 | 9 | Letter *filed by standby counsel on criminal case* by Joshua Adam Schulte (Shroff, Sabrina) (Entered: 04/29/2022) |

| | | |
|---|---|---|
| 05/02/2022 | 10 | REPLY MEMORANDUM OF LAW in Support of Petitioner's Petition for Writ of Habeas Corpus, filed by Joshua Adam Schulte. (Galeano, Sonia) (Entered: 05/03/2022) |
| 05/13/2022 | 11 | REPLY MEMORANDUM OF LAW in Support of Petitioner's Petition for Writ of Habeas Corpus, filed by Joshua Adam Schulte. (Attachments: # 1 Cover Letter) (Galeano, Sonia) (Entered: 05/16/2022) |
| 05/31/2022 | 12 | Letter MOTION for More Definite Statement *: for injunctive relief against MDC to lift its torture pending the Court's decision on the habeas petition, filed* by Joshua Adam Schulte. (Galeano, Sonia) (Entered: 06/01/2022) |
| 06/02/2022 | | Motions terminated, docketed incorrectly: 12 Letter MOTION for More Definite Statement *: for injunctive relief against MDC to lift its torture pending the Court's decision on the habeas petition, filed* filed by Joshua Adam Schulte. (Guy, Alicia) (Entered: 06/02/2022) |
| 09/02/2022 | 13 | Letter dated 8/11/2022 from Joshua Adam Schulte to Judge Eric Komitee, re: Petitioner's solitary confinement and seeking to have Your Honor rule on his 2241 petition for writ of habeas corpus. (Galeano, Sonia) (Entered: 09/07/2022) |
| 12/09/2022 | 14 | Letter dated 11/23/2022 from Josh Schulte to Judge Komitee, informing the Court that pltff will engage in a hunger strike to end his solitary confinement. (SG) (Entered: 12/14/2022) |
| 12/09/2022 | 15 | Letter dated 12/1/2022 from Josh Schulte to Judge Komitee, re: solitary confinement. (SG) (Entered: 12/14/2022) |
| 03/21/2023 | 16 | Letter dated 3/9/2023 from Joshua Adam Schulte to Judge Eric Komitee, seeking to inquire on the status of his petition, informing of issues with commissary restrictions, and the unconscionable behavior by the Warden of MDC. (VM) (Entered: 03/22/2023) |
| 04/10/2023 | 17 | Letter dated 3/24/2023 to the Hon. Eric Komitee from Josh Schulte, requesting an emergency injunction against the Metropolitan Detention Center-Brooklyn, for Plaintiff to purchase pens, paper, and stamps with his commissary account. (VM) (Entered: 04/12/2023) |
| 04/26/2023 | | ORDER -- The Court is considering transferring this action to the Southern District of New York, where Mr. Schulte's criminal case is proceeding. *See United States v. Schulte*, 1:17-cr-00548-JMF (S.D.N.Y.). The government is directed to file a letter, on or before May 5 and no more than three pages in length, stating its position on the following questions: <br><br> (1) May Schulte's Section 2241 petition be transferred to the Southern District with the government's consent? *See Rumsfeld v. Padilla*, 542 U.S. 426, 452 (2004) (Kennedy, J., concurring) ("Because the immediate-custodian and territorial-jurisdiction rules are like personal jurisdiction or venue rules, objections to the filing of petitions based on those grounds can be waived by the Government."); *Gooden v. Gonzales*, 162 F. App'x 28, 29 (2d Cir. 2005) ("[T]he government does not contend in this appeal that the Attorney General is an improper respondent, or that the Eastern District of New York is an improper venue for this suit, and as such, those arguments have been waived."). |

| | | |
|---|---|---|
| | | (2) If so, does the government consent to such transfer? Ordered by Judge Eric R. Komitee on 4/26/2023. (copy mailed). (AG) (Entered: 04/26/2023) |
| 05/02/2023 | 18 | Letter *stating the Government's position on the questions posed in the Court's Order dated April 26, 2023* by Warden, Metropolitan Detention Center (MDC) (Cooper, David) (Entered: 05/02/2023) |
| 05/12/2023 | 19 | Letter dated 5/3/2023 from Joshua Schulte to Judge Komitee, requesting that this case not be transferred to the SDNY and that a ruling be entered. (SG) (Entered: 05/16/2023) |
| 05/30/2023 | 20 | Letter dated 5/12/2023 from Joshua Adam Schulte to Judge Eric Komitee, acknowledging receipt of the respondent's letter dated 5/2/2023 and making several corrections to the government's inaccuracies. Petitioner request that his case not be transferred, but to enter a decision forthwith so he can move forward or onto the Court of Appeals. (SG) (Entered: 05/31/2023) |
| 06/22/2023 | 21 | Letter dated 6/5/2023 from Josh Schulte to Judge Komitee, stating that pltff is giving this Court two weeks to stop ignoring his case and enter a ruling, before he files a petition for a writ of mandamus with the Second Circuit. (SG) (Entered: 06/23/2023) |
| 06/22/2023 | 22 | Letter MOTION for Reconsideration *of the Court's 5/25/23 Order dismissing the case based on the Court's failure to allow Mr. Schulte to file a reply to the government's motion to dismiss, the pending motion for an amended complaint, and the Court's incorrect legal basis. Pltff states that he did not receive the 5/25 Order until today, filed* by Joshua Adam Schulte. (SG) (Entered: 06/23/2023) |
| 08/04/2023 | 23 | Letter dated 7/25/2023 from Josh Schulte to Clerk of the Court, seeking to obtain the dockets of all his pending cases in this district, including 22-cv-766, 22-cv-5841 etc. Pltff submits his final request to obtain his Sealed Rule 41(g) motion from 22-cv-5841, Dkt. 11 . (SG) (Entered: 08/08/2023) |