## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

### MOTION INFORMATION STATEMENT

Docket Number(s): **23-1132**

Motion for: **Voluntary Dismissal**

Caption [use short title]

**In re: Joshua Adan Schulte**

Set forth below precise, complete statement of relief sought:

**Dismissal pursuant to Fed. R. App. P. 42 since petition is now moot.**

MOVING PARTY: **Josh Schulte**  OPPOSING PARTY: **United States**

[ ] Plaintiff  [ ] Defendant
[X] Appellant/Petitioner  [ ] Appellee/Respondent

MOVING ATTORNEY: **Josh Schulte**  OPPOSING ATTORNEY: **David C. James**

[name of attorney, with firm, address, phone number and e-mail]

**#79471054**
**MDC P.O. Box 329002**
**Brooklyn, NY 11232**

**AUSA Office EDNY**
**271 Cadman Plaza East**
**Brooklyn, NY 11201**

Court-Judge/Agency appealed from: **EDNY Judge Komitee**

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[ ] Yes [X] No (explain): **incarcerated**

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [X] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes [ ] No [X] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below?  [ ] Yes [ ] No
Has this relief been previously sought in this court?  [ ] Yes [ ] No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  [ ] Yes [X] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes [X] No If yes, enter date:

Signature of Moving Attorney:
_____ Date: **8/24/23**  Service by: [ ] CM/ECF [X] Other [Attach proof of service]

Form T-1080 (rev.12-13)

U.S. COURT OF APPEALS FOR THE SECOND CIRCUIT

In Re: Joshua Adam Schulte, 23-1132

## MOTION TO DISMISS PURSUANT TO Fed. R. App. P. 42

This mandamus petition filed in the Eastern District of New York case 22-CV-766-EK is now MOOT. The clerk should dismiss the petition pursuant to Fed. R. App. P. 42(b), voluntary dismissal.

8/24/23

Petitioner Josh Schulte

*[Received stamp: 2023 AUG 31 PM 3:10 U.S. COURT OF APPEALS]*

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

In re: Joshua Adam Schulte

v.

**CERTIFICATE OF SERVICE***

Docket Number: 23-1132

I, **Josh Schulte** (print name), hereby certify under penalty of perjury that on **8/24/23** (date), I served a copy of **Motion to Dismiss**

(list all documents)

by (select all applicable)**

___ Personal Delivery  ✓ United States Mail  ___ Federal Express or other Overnight Courier

___ Commercial Carrier  ___ E-Mail (on consent)

on the following parties:

**David L. James, 271 Cadman Plaza East, Brooklyn, NY 11201**
Name / Address / City / State / Zip Code

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

Today's Date: 8/24/23

Signature: [signed]

Certificate of Service Form (Last Revised 12/2015)

Josh Schulte #74471054
MDC
P.O. Box 329002
Brooklyn, NY 11232

ATTN: 23-1132
Clerk of Court
U.S. Court of Appeals for the Second
40 Foley Square
New York, NY 10007

